IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 97-cv-1308-WDM (Consolidated with cases numbered: 97-WM-1435, 97-WM-1446, 97-WM-1514, 97-WM-1562, 97-WM-1574, 97-WM-1609, 97-WM-1610, 97-WM-1619, 97-WM-1644, 97-WM-1680, 97-WM-1701, 97-WM-1711, 97-WM-1731, 97-WM-1812, 97-WM-1815, 97-WM-1822, 97-WM-1838, 97-WM-1891, 97-WM-1997, 97-WM-2321 and 98-WM-498)

*In re* Boston Chicken, Inc. Securities Litigation.

___

**MINUTE ORDER**
___

The following Minute Order is entered by Judge Walker D. Miller:

The motion to file surreply brief (Doc. No. 317) is granted; the brief is accepted for filing.

Dated:  February 7, 2006

                                                       s/ Jane Trexler, Secretary/Deputy Clerk