**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 97-cv-1308-WDM-PAC (Consolidated with cases numbered:  97-cv-1435-WDM-PAC, 97-cv-1446-WDM-PAC, 97-cv-1514-WDM-PAC, 97-cv-1562-WDM-PAC, 97-cv-1574-WDM-PAC,  97-cv-1609-WDM-PAC,  97-cv-1610-WDM-PAC,  97-cv-1619-WDM-PAC, 97-cv-1644-WDM-PAC, 97-cv-1680-WDM-PAC, 97-cv-1701-WDM-PAC, 97-cv-1711-WDM-PAC, 97-cv-1731-WDM-PAC, 97-cv-1812-WDM-PAC, 97-cv-1815-WDM-PAC, 97-cv-1822-WDM-PAC, 97-cv-1838-WDM-PAC, 97-cv-1891-WDM-PAC, 97-cv-1997-WDM-PAC, 97-cv-2321-WDM-PAC, and 98-cv-498-WDM-PAC)

*In re BOSTON CHICKEN, INC. SECURITIES LITIGATION*

---

**ORDER DIRECTING SECOND DISTRIBUTION
OF THE NET SETTLEMENT FUND AND CY PRES AWARDS OF ANY SUBSEQUENT
RESIDUAL FUNDS**

---

This matter came before the Court on the Plaintiffs' Motion for Order directing Distribution of Settlement Fund ("Plaintiffs"). ECF No. 383.

WHEREAS, the Court previously granted final approval of settlements ("final approval") in its Final Judgement and Order of Dismissal With Prejudice of All Claims dated July 31, 2006;

WHEREAS, the Court retained jurisdiction of all matters pertaining to the administration of the Settlements, including distribution of the net proceeds of the Settlement (the "Net Settlement Fund") to members of the Class;

WHEREAS, Heffler, Radetich & Saitta L.L.P. as the Court-approved settlement administrator initially distributed the Net Settlement Fund to members of the Class via Court Order of August 14, 2007.

WHEREAS, despite the claims administrator's efforts to make full payment to the Class members, a balance of $690,191.69 remains in the Net Settlement Fund (See Declaration of Edward J. Sincavage dated February 8, 2016);

WHEREAS, the claims administrator has identified a plan for further distribution of the Net Settlement Fund to valid claimants;

WHEREAS, any subsequent funds remaining in the Net Settlement Fund should then be awarded to cy pres recipients since further distributions to claimants would be diseconomic.

**IT IS HEREBY ORDERED**:

1.      Plaintiffs' motion for an order directing a second and final distribution of the Net Settlement Fund balance is GRANTED.

2.      The Settlement Administrator shall be paid $21,251.78 from the Settlement Fund for costs and fees.

3.      Any residual balance after the distribution shall be made as equal cy pres awards to Colorado Children's Hospital and Community Legal Services of Philadelphia.

4.      The Court continues to retain jurisdiction with respect to all matters relating to implementation and administration of the Net Settlement Fund.

**IT IS SO ORDERED.**

DATED: _March 28_____, 2016         _____